1  MELINDA HAAG (CABN 132612)
   United States Attorney

**FILED**
2011 OCT 26 P 1: 26
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

SEALED BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11 No. 00790 DLJ |
| Plaintiff, | VIOLATION: 21 U.S.C. §§ 331(d) and 333(a)(2)--Introduction and Delivery of Unapproved New Drugs Into Interstate Commerce With The Intent To Defraud And Mislead; 18 U.S.C. § 982(a)(7) - Criminal Forfeiture |
| v. | |
| NUTRITION DISTRIBUTION, d/b/a ANABOLIC XTREME, | |
| Defendant. | SAN JOSE VENUE |

# INFORMATION

The United States Attorney charges:

COUNT ONE: (21 U.S.C. §§ 331(d) and 333(a)(2) – Introduction/Delivery for Introduction Of Unapproved Drugs With Intent to Defraud and Mislead.

   Beginning in approximately February of 2007, and continuing throughout August of 2009, in Santa Clara County, in the Northern District of California, and elsewhere, the defendant

NUTRITION DISTRIBUTION,

d/b/a ANABOLIC XTREME,

with the intent to defraud and mislead, did introduce, and deliver for introduction, into interstate commerce new drugs, as defined at Title 21, United States Code, Section 321(p), which had not

[INFORMATION]

1  been approved by the Food and Drug Administration as required by Title 21, United States Code,
2  Section 355, that is, "Anabolic Xtreme Hyperdrol," and, "Anabolic Xtreme Slim Xtreme."
3        All in violation of Title 21, United States Code, Sections 331(d) and 333(a)(2).
4  ///
5  ///
6  ///

[INFORMATION]                                  2

FORFEITURE ALLEGATION: 18 U.S.C. § 982(a)(7)

The allegations of Counts One are realleged and incorporated herein.

Upon conviction of the offenses alleged in Count One, the defendant,

NUTRITION DISTRIBUTION,

d/b/a ANABOLIC XTREME,

shall forfeit to the United States all property real or personal which constitutes or is derived from any proceeds the defendant obtained, directly or indirectly from said offenses, pursuant to Title 18, United States Code, Section 982(a)(7).

If any of said property, as a result of any act or omission of the defendant –

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty; any and all interest the defendant has in other property shall be vested in the United States and forfeited to the United States pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

All in violation of Title 18, United States Code, Section 982; Title 21, United States Code, Sections 331(d), 333(a)(2), and 853(p); and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED: 10/19/11

MELINDA HAAG
United States Attorney

MATTHEW A. PARRELLA
Chief, CHIP Unit

(Approved as to form: _____ )
MATTHEW A. PARRELLA
Assistant United States Attorney

[INFORMATION]                                3

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---

**OFFENSE CHARGED**

21 USC 331(d) & 333(a)(2) - Introduction and Delivery of Unapproved New Drugs Into Interstate Commerce With The Intent To Defraud And Mislead

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

SEALED BY ORDER OF THE COURT

**PENALTY:**
3 Years Custody; $10,000 fine; 1 year supervised release; special assessment $100.

---

**DEFENDANT - U.S.**

▶ NUTRITION DISTRIBUTION d/b/a ANABOLIC XTREME

**DISTRICT COURT NUMBER**

FILED
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

CR 11 00790 DLJ

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
FDA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

---

Name and Office of Person Furnishing Information on THIS FORM   MELINDA HAAG
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   MATTHEW A. PARRELLA

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons ▶ was served on above charges _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: November 10, 2011 @ 9:30am

Before Judge: Judge Howard R. Lloyd

Comments: